# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 13, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143824(79)(81)

STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                          SC: 143824
                          COA: 301951

BRANDON McQUEEN and MATTHEW
TAYLOR, d/b/a COMPASSIONATE
APOTHECARY, LLC,
        Defendants-Appellants.
                          Isabella CC: 2010-008488-CZ

_____

       On order of the Chief Justice, motions by Michigan Municipal League, Michigan Townships Association and the Public Corporation Law Section of the State Bar of Michigan and by Ann Arbor Medical Cannabis Guild, Inc. for leave to file briefs *amicus curiae* are considered and they are granted.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2012 _____         _____
                                            Clerk